

**TOSCANI SHAKH LLP**
ATTORNEYS AT LAW

Richard C. Toscani, Esq. I Roman J. Shakh, Esq.

📞 (516) 447-6688
(631) 759-4242

🖨 (516) 447-6689

✉ info@tslawny.com

📍 1 Huntington Quadrangle, Suite 1S04, Melville, New York 11747

🌐 www.tslawny.com

March 24, 2026

<u>*VIA ECF ONLY*</u>
U.S. District Court
Eastern District of New York
Hon. Magistrate Joseph A. Marutollo
225 Cadman Plaza E
Brooklyn, New York 11201

|  |  |  |
|---|---|---|
| Re | : | Evers v. Hoffman et al |
| Case No. | : | 1:25-cv-02423-JAM |

Honorable Sir,

As you are aware, this office represents the interests of plaintiff, **KAI EVERS,** in connection with the above-referenced matter.

Plaintiff intends to call the following witnesses on his case-in-chief on the issue of liability:

1. Kai Evers (plaintiff)
2. Bradley Hoffman (defendant)
3. Jennifer or Earl Romberger
4. David Viana
5. Elyssa Bactol (plaintiff's fiancé)

Defendants intend to call the following witnesses on his case-in-chief on the issue of liability:

1. Bradley Hoffman (defendant)
2. David Viana

Plaintiff intends to call the following witnesses on his case-in-chief on the issue of damages:

1. Kai Evers
2. Matthew Wert, M.D.
3. Elyssa Bactol (plaintiff's fiancé)

Defendants intend to call the following witnesses on his case-in-chief on the issue of damages:

1. Dr. Aruna Seneviratne
2. Dr. Kevin Toosi

Thank you.

As always, I remain available should you have questions concerning any of the foregoing. Please do not hesitate to contact me.  I can be reached *via* direct dial at (516) 447-6688 or *via* e-mail at info@tslawny.com.

Very truly yours,
TOSCANI SHAKH, LLP

ROMAN J. SHAKH

RJS/gj

**GALLO VITUCCI KLAR LLP**
Attn.: Nadine Ibrahim, Esq.
90 Broad Street, 12th  Floor
New York, New York 10004